IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Petitioner,                    No. CIV S-08-0658 GEB EFB P

    vs.

M. KNOWLES, Warden,

    Respondent.             ORDER

_____/

    Petitioner is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. To proceed with a civil action a party must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

    Accordingly, petitioner has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

///

///

///

1

to petitioner a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED: April 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE