IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Petitioner,                  No. CIV S-08-0658 GEB EFB P

    vs.

M. KNOWLES, Warden,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 22, 2008, petitioner requested an extension of time to file an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's May 22, 2008, request is granted and petitioner has 30 days from the date this order is served to file an application to proceed *in forma pauperis*.

DATED: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE